FILED
2020 Oct-06  PM 03:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATE DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION**

| | |
|---|---|
| **HARTFORD LIFE AND ACCIDENT COMPANY** | )( <br> )( <br> )( |
| **PLAINTIFF** | )(  **CASE NUMBER:** <br> )(  **2:20-cv-01383 GMB** <br> )( |
| **VS** | )( <br> )( <br> )( |
| **HENREITTA BROWN, CRYSTAL BROWN, ET AL** | )( <br> )( <br> )( |
| **DEFENDANTS** | )( |

## NOTICE OF APPEARANCE

COMES NOW, the undersigned, and gives notice of her representation of the Defendant, HENREITTA BROWN in the above-styled cause.

/s/ Patrice Blankenship
Attorney for the Defendant
Henreitta Brown

Of Counsel:
BLANKENSHIP AND ASSOCIATES, P.C.
1117 22nd South
Birmingham, AL  35205
Phone:  205-243-4761
Fax:  205-942-7094

## Certificate of Service

This is to certify that a copy of the foregoing has been served upon all counsel of record via the Pacer electronic filing system.

Dated this the 6th day of September, 2020.

/s/ Patrice Blankenship
Patrice Blankenship, Esq.