FILED
2020 OCT 14  A 10:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

Civil Action No#
2:20-CV-1383-GMB

Harford Life & Accident Company

Plaintiff

V. Henrietta Brown, Crystal Brown Bass, Lakeysha Brown Leverette, Fannie McCary, C & J Financial, LLC.

Defendants

The Answer ~~Of~~ of Fannie McCary

(Civil Action NO: 2:20-cv-1383 GMB)

I am the Step Daughter of Ricky Lewis Brown. My Stepfather agnoledge me as his real Daughter. He died In Dec. of 2019. My Mother Henrietta Brown. My Stepsister Crystal Brown & Myself → He left on his Hayford Binefiarys on his insurance Policy from Hartford Insurance. (I have a coppy Attached). I don't Know why I wasn't Notified until June That I was a 15% Binefiary From Hasford Ins. Co. My Appoligy For Not Haveing Attorney, but I could not Afford one. I AM on the Binificiary form Attached. I Hope that My Stop Father/Father wishes will be glanted. He Spelled My Name (Titley) wrong. But He got My Social Security Number right. All I want is what rightfuly Belong to me & that is my 15% of ~~Proceeds~~ Proceeds.

I Didn't have any knolege that I had a part of this. until After My Mother & Step Sister Had already started Fighting A leagal Battle. I didn't know until Hayord wrote me in June.

Sighn: Fannie McCary
Date: 10/14/2020

Adress - P.O. Box 12
Brierfield A/a.
35035

PHone#
205-576-6012

*My Name is Circled*

**2013020620008111**

## BENEFICIARY DESIGNATION

**THE HARTFORD**

☐ Initial Beneficiary Designation(s) OR ☐ Change of all prior beneficiary designation(s) *(check only one box)*, I hereby revoke any previous beneficiary designation(s), if any, for my group term life insurance and/or accidental death and dismemberment (AD&D) insurance issued to this group and direct that the insurance proceeds payable under the policy be paid as indicated below.

| Insured/Member Name: Ricky Lewis Brown | Social Security Number: XXX-XX-9649 |
| Insured/Member Address: 616 Lewis Ave Bessemer AL 35020 | Telephone Number: (205) 401-2030 |
| Policyholder: | Policy Number: |

### NAMING YOUR LIFE BENEFICIARY

It is important that your beneficiary designation be clear so there will be no question as to your intent. It is also important that you name a primary and contingent beneficiary. If you need assistance, contact the company representative or your own legal counsel. Benefits payable for a Dependent's death are payable, where applicable, to You if living, otherwise according to the terms under the policy.

**PRIMARY BENEFICIARY(IES)**

Name: Henrietta Brown        Date of Birth: ▓-45
Address: ▓ Bessemer AL 35021   Telephone Number: ▓-8814
Social Security Number: ▓-4012   Relationship: wife   Benefit Percent: 70%

Name: Crystal S. Barr    Date of Birth: ▓ 1985
Address: ▓ Brent AL 35034   Telephone Number: ▓-7635
Social Security Number: ▓-4984   Relationship: Daygther   Benefit Percent: 15%

Name: Fannie M. McCary    Date of Birth: ▓-67
Address: ▓ AL    Telephone Number: ▓-0027
Social Security Number: ▓-5977   Relationship: Daugther   Benefit Percent: 15%

*Fannie McCary* (handwritten at left margin with arrow)

**CONTINGENT BENEFICIARY(IES)**

Name: _____   Date of Birth: _____
Address: _____   Telephone Number: (___) ___
Social Security Number: _____ Relationship: _____  Benefit Percent: _____

Name: _____   Date of Birth: _____
Address: _____   Telephone Number: (___) ___
Social Security Number: _____ Relationship: _____  Benefit Percent: _____

**Spousal Consent For Community Property States Only:** If you live in a community property state - Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Texas, Washington, or Wisconsin - you may complete the Spousal Consent section, which allows your spouse to waive his or her rights to any community property interest in the benefit. Disclaimer: Spousal consent does not apply to ERISA plans. This will certify that, as spouse of the Insured named above, I hereby consent to my spouse designating the person(s) listed above as beneficiaries of the group life term insurance and/or accidental death and dismemberment (AD&D) insurance issued under the above policy and waive any rights I may have to the proceeds of such insurance under applicable community property laws. I understand that this consent and waiver supersede any prior spousal consent or waiver under this plan.

Signature of Insured/Member's Spouse: _____    Date: _____

I, the undersigned, reserve the right to change the beneficiary(ies) without the consent of said beneficiary(ies).

Signature of Insured/Member: *Ricky Lewis Brown*    Date: 07/24/13
Please note that a Power of Attorney (POA) may not have the authority to change a beneficiary.

GR-11927-0                                Association 07/2012