## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **HARTFORD LIFE & ACCIDENT COMPANY,** | } } } |
| Plaintiff, | } } |
| v. | } }   Case No.: 2:20-cv-01383-RDP |
| **HENRIETTA BROWN, et al.,** | } } } |
| Defendants. | } |

### AMENDED ORDER

Before the court is a Joint Motion to Authorize Third Party Payment (Doc. # 36) and a Stipulation of Settlement Between Interpleader Defendants Brown et. al. (Doc. # 37).

In the Stipulation of Settlement Between Interpleader Defendants Brown et. al. (Doc. # 37), the defendants request the court reserve jurisdiction to enforce their settlement agreement and disburse funds from the interplead proceeds. The request is **GRANTED**. Accordingly, the Clerk of Court is **DIRECTED** to issue an account statement of the Interpleader Fund and to disburse the fund in the following manner:

1) The principal amount of $25,000, payable to Elizabeth Clark Bone, P.C., on behalf of Rosa Brown. The check **SHALL** be sent to Elizabeth Clark Bone, P.C., 950 22nd Street North – Suite 709, Birmingham, AL 35203.

2) The principal amount of $109,500 to Blankenship and Associates, PC, on behalf of Henreitta Brown. The check **SHALL** be sent to Blankenship and Associates PC, 1117 22nd Street South, Birmingham, AL 35205.

3) The principal amount of $64,000; plus $114.14; and plus half of any interest accrued on the total proceeds since April 1, 2021, rounded down to the nearest cent,

    payable to Elizabeth Clark Bone P.C., on behalf of her client Crystal Brown-Barr. The check **SHALL** be sent to Elizabeth Clark Bone, P.C., 950 22nd Street North – Suite 709, Birmingham, AL 35203.

4) The principal amount of $64,000; $114.13; and plus half of any interest accrued on the total proceeds since April 1, 2021, rounded up to the nearest cent, payable to Elizabeth Clark Bone P.C., on behalf of her client LaKeysha Brown Leverette. The check **SHALL** be sent to Elizabeth Clark Bone, P.C., 950 22nd Street North – Suite 709, Birmingham, AL 35203.

5) The principal amount of $24,500 to Fannie McCary. The check **SHALL** be sent to Fannie McCary, PO Box 12, Brierfield, AL 35035.

6) The principal amount of $2,000 to Kenneth O. Simon & Associates, LLC. The check **SHALL** be sent to Kenneth O. Simon & Associates, LLC, 927 Landale Road, Birmingham, AL 35222.

Further, because the Joint Motion to Authorize Third Party Payment also requests twenty-five thousand dollars ($25,000) be made payable to the client trust account of Elizabeth Clark Bone, P.C. to be held there for Rosa Brown and her attorney (Doc. # 36), the Motion (Doc. # 36) is **DISMISSED** as **MOOT**.

    **DONE** and **ORDERED** this July 8, 2021.

                                                                  **R. DAVID PROCTOR**
                                                                  UNITED STATES DISTRICT JUDGE